**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1234**

---

BRIAN L. HOWARD; LINDA B. HOWARD,

Plaintiffs - Appellants,

versus

LAMBERTS CABLE SPLICING, a/k/a Lamberts' Cable
Splicing Company, Inc., a/k/a Lambert's Cable
Splicing Company, a/k/a Lamberts Cable
Splicing Company, LLC, a Delaware LLC, a/k/a
Lamberts Cable Splicing Company of Florida,
LLC; THOMAS L. LAMBERT, a/k/a Thomas L.
Lambert, Jr., a/k/a Tom Lambert, a/k/a Tom or
Thomas Lambert, Jr., a/k/a Tommy Lambert;
KAREN LAMBERT ALLEN, a/k/a Karen Lambert
Allan; DYCOM INDUSTRIES CORPORATION, a/k/a
Dycom Corporation, a/k/a Dycom Investments,
Inc.,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Fox, Senior
District Judge. (5:05-cv-00636-F)

---

Submitted: June 15, 2006                    Decided: June 19, 2006

---

Before KING, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Brian L. Howard, Linda B. Howard, Appellants Pro Se.  Scott David Zimmerman, BROWN & BUNCH, Chapel Hill, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brian L. Howard and Linda B. Howard appeal the district court's order dismissing their civil action for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. § 1332 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Howard v. Lambert Cable Splicing, No. 5:05-cv-00636-F (E.D.N.C. Dec. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED